**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 0:24-cv-62022-AHS

WADSON FLEURIGENE, individually and on behalf of all others similarly situated,

*Plaintiff,*

v.

ORDERLY WELLNESS CORPORATION D/B/A ORDERLYMEDS,

*Defendant.*

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Defendant, Orderly Wellness Corporation d/b/a OrderlyMeds ("Defendant"), by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 7.1, hereby discloses the following:

Defendant is a Delaware corporation. It has no parent corporation, nor is it owned by any publicly held corporation.

Submitted on December 19, 2024.

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
200 East Broward Boulevard, Suite 2000
Fort Lauderdale, Florida 33301
Telephone: (954) 768-1600
*Counsel for Defendant, Orderly Wellness Corporation d/b/a OrderlyMeds*

By: */s/ Eve A. Cann*
Eve A. Cann
Florida Bar No.: 40808
*ecann@bakerdonelson.com*
Spencer D. Leach
Florida Bar No.: 110753
sleach@bakerdonelson.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 19, 2024, a true and correct copy of the foregoing was filed electronically and was sent by e-mail from the CM/ECF system on all counsel or parties of record listed below:

Faaris K. Uddin, Esq.
Zane C. Hedaya, Esq.
Gerald D. Lane, Jr., Esq.
**The Law Offices of Jibrael S. Hindi**
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301
Telephone: (813) 340-8838
faaris@jibraellaw.com
zane@jibraellaw.com
gerald@jibraellaw.com
*Counsel for Plaintiff*

*/s/ Eve A. Cann*
Eve A. Cann